Braulio Sebastian Sanchez, Esquire
Arizona Bar No.: 028046
Sanchez Law Group P.L.L.C.
340 W. 5th Street
Yuma, Arizona 85364
Tel: (928) 782-3110
Fax: (928) 569-0146
Email: staff@sanchezlawteam.com
For Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-22-00318-01-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION TO RECONSIDER ORDER OF DETENTION AND REQUEST FOR COUNSEL TO APPEAR VIA TELEPHONE** |
| vs. | |
| Omar Molina-Galeana, | **(Hearing Requested)** |
| Defendant. | |

  The defendant, Omar Molina-Galeana, by and through undersigned counsel, respectfully moves this Court to reconsider its Order of Detention Pending Trial entered on October 7, 2022, and to set this matter for a Detention Hearing to determine if appropriate release conditions now exist. **Please note that Counsel will be out of the office and unavailable Thursday, July 20, 2023, through Monday, July 24, 2023.**

  At that hearing, this Honorable Court ruled that Mr. Molina violated at least one condition of his release. Further, that defendant was unlikely to abide by any condition or combination of conditions of release, and it ordered that Mr. Molina's release be revoked and detained pending further order of the Court.

  Since then, circumstances have changed drastically in Mr. Molina's life which merit this Court to reconsider its prior detention order. Mr. Molina is now 22 years old. While detained, his partner gave birth to twins on January 20, 2023. Unfortunately, one of his children, Adeline, was born with a heart condition that required her to be in NICU. Adeline was diagnosed with supraventricular

1  tachycardia. As of now, she is stable, however, she needs to be regularly
2  monitored.
3      In addition, a couple of months ago, his father was flown to Phoenix and
4  then transported to Prescott from Yuma. He was in critical condition for a few
5  weeks. He was diagnosed with severe tricuspid regurgitation, severe pulmonary
6  hypertension, and hepatic cirrhosis. According to physicians, Mr. Molina's father
7  does not have much time with us. These changes in circumstances have made Mr.
8  Molina mature and now appreciates the leniency previously shown by this Court.
9  If released, he will be residing with his partner, although he can also live with his
10 mother in case this Court deems it more appropriate. Mr. Molina has strong ties to
11 Yuma, County. He is asking this Court to allow him time to be with his children,
12 and more importantly his father. The mere thought of not being able to see his
13 father before he passes away has created a lot of anxiety and depression in him. As
14 a matter of fact, while detained at Florence Core Civic, he was diagnosed with
15 adjustment disorder.[1] Mr. Molina has now been detained for over 9 months. He
16 has learned his actions have dire consequences. He fully understands that if he is
17 released and he does not comply with his conditions of release, this more likely
18 will have a huge impact on his sentence. He is not trying in any way to evade his
19 responsibilities and obligations. Mr. Molina is just asking this Court to allow him
20 to be with his father and children and provide for them financially between now
21 and his sentence.
22     Because there is new relevant information which directly affects the risk of
23 nonappearance and safety to the community, we are respectfully requesting that the
24 Court reconsider the order of detention. "A motion to reconsider should not be used
25 to ask the court to 'rethink what the court had already thought through—rightly or
26 wrongly.'" U.S. v. Rezzonico, 32 F.Supp.2d 1112, 1116 (D. Ariz. 1998)(quoting
27 Above the Belt, Inc. v. Mel Bohannan Roofing, Inc., 99 F.R.D. 99, 101 (E.D.Va.
28

---

[1] On April 4, 2023, He was prescribed Hydroxyzine, Propranolol, and Clonidine to cope with adjustment disorder.

1983). In this case, the Court never considered the issues at bar, as the Defendant submitted on the issue of detention. Taking this new circumstances into consideration, Defense believes that there may now exist a combination of conditions to reasonably assure the Court of Mr. Molina's future appearances. Mr. Molina is requesting the Court reopen the matter of detention. Undersigned counsel has contacted Assistant U.S. Attorney Addison Santome, who indicated she did have an objection to reopening the issue of detention.

Finally, Counsel is also requesting this Court to allow him to appear via telephone for the Detention hearing. Counsel's office is located in Yuma, AZ. The distance between Yuma to Phoenix is 184 miles one way. Virtual appearances are allowed pursuant to the CARES act exception to Rule 43.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may result from this motion or from an order based thereon.

Respectfully submitted: July 14, 2023.

*s/Braulio S. Sanchez*
Braulio Sebastian Sanchez, Esq.
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on *July 14, 2023*, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Addison B Santome**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
480-371-7819
addison.santome@usdoj.gov

Copy Mailed to:

Omar Molina- Galeana Defendant
Florence Correctional Center
1100 Bowling Rd
Florence, AZ 85132

*/s/ Braulio Sebastian Sanchez*